# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

DAVID WILLIAMS,

    Plaintiff,

v.

ANDRE WILLIAMS,

    Defendant.

Case No. 16-02403 BLF (PR)

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**

(Docket No. 36)

    Plaintiff, a California state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On April 11, 2018, Defendant filed a motion for summary judgment. (Docket No. 31.) The parties have filed a stipulated motion for extension of time for Plaintiff to respond to Defendant's motion for summary judgment. (Docket No. 36.) Therefore, Plaintiff's motion is GRANTED. Plaintiff's opposition shall be filed **no later than June 27, 2018.** Defendant's reply shall be filed **no later than fourteen (14) days** from the date Plaintiff's opposition is filed.

    This order terminates Docket No. 36.

**IT IS SO ORDERED.**

Dated: May 17, 2018

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge

Order Granting Stip. Motion for EOT to file Opp.
PRO-SE\BLF\CR.16\02403Williams_eot-opp